UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Cap Holdings, Inc. § | |
| § | CIVIL NO: |
| vs. § | AU:12-CV-00234-SS |
| § | |
| Systemax Computers, Inc., TigerDirect, Inc., § | |
| SYX Distribution, Inc. | |

## ORDER SETTING ALL PENDING MATTERS/STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MATTERS/STATUS CONFERENCE** in Courtroom No. 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **Friday, December 07, 2012 at 10:00 AM**.

IT IS SO ORDERED this 27th day of November, 2012.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE