IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| **CMAX NDSE LLC,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 1:12-cv-00234-SS |
| **SYSTEMAX COMPUTERS, INC., TIGERDIRECT, INC., and SYX DISTRIBUTION, INC.,** | § § § § | |
| **Defendants.** | § § § § | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff CMAX NDSE, LLC ("Plaintiff") and defendants Systemax Computers, Inc., TigerDirect Inc., and SYX Distribution, Inc. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that they have come to a complete settlement of all claims and therefore stipulate to the dismissal of the above captioned matter with prejudice, including all claims and counterclaims, which were brought or could have been brought in this action, with each party to bear its own attorneys' fees and costs.

|  |  |
|---|---|
| Date: December 3, 2013 | Respectfully submitted,<br><br>*/s/ Clint A. Corrie*_____<br>Clint A. Corrie, Esquire, SBN: 04840300<br>Akerman LLP<br>2001 Ross Avenue, Suite 2550<br>Dallas, Texas 75201<br>Telephone: 214.720.4300<br>Facsimile: 214.981.9339<br>E-mail: clint.corrie@akerman.com<br><br>-and-<br><br>Michael C. Marsh, Esquire*<br>Ryan Roman, Esquire*<br>Akerman LLP<br>One Southeast Third Avenue, 25th Floor<br>Miami, Florida 33131<br>Telephone: 305.374.5600<br>Facsimile: 305.374.5095<br>E-mail: michael.marsh@akerman.com<br>E-mail: ryan.roman@akerman.com<br>* *Admitted pro hac vice*<br><br>**ATTORNEYS FOR DEFENDANTS SYSTEMAX INC. d/b/a SYSTEMAX COMPUTERS, INC., TIGERDIRECT INC., AND SYX DISTRIBUTION, INC.**<br><br>-and- |

| | |
|---|---|
| Date: December 3, 2013 | */s/ Eric Cassidy*<br>Eric Cassidy, SBN: 24031807<br>SQUIRE SANDERS (US) LLP<br>6200 Chase Tower, 600 Travis Street<br>Houston, Texas 77002-3000<br>Telephone: 713.546.5850<br>Facsimile: 713.546.5830<br>E-mail: eric.cassidy@ssd.com<br><br>-and-<br><br>Jason Daniel Joffe, Esquire*<br>Traci H. Rollins, Esquire*<br>Squire Sanders (US) LLP<br>1900 Phillip Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401<br>Telephone: 561.650.7213<br>Facsimile: 561.655.1509<br>E-mail: traci.rollins@squiresanders.com<br>E-mail: jason.joffe@squiresanders.com<br>*\* Admitted pro hac vice*<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**CMAX NDSE LLC** |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 3, 2013, in accordance with Rule 11 of the Federal Rules of Civil Procedure, I served this Notice on the counsel of record set forth below in the manner specified.

| | |
|---|---|
| N. West Short, Esq.<br>West Short & Associates, P.C.<br>313 West 10th Street<br>Georgetown, TX 78626<br>Email: west.short@westshortlawfirm.com<br>*Attorney for Recovery Management International*<br>**VIA E-MAIL** | Marc Russell Pollack<br>Law Offices of Marc R. Pollack PA<br>135 Lakota Cove<br>Austin, TX 78738<br>Email: mpollack@txlegalconsulting.com<br>*Attorney for Recovery Management International*<br>**VIA E-MAIL** |

*/s/ Traci H. Rollins*