IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 DEC -5 AM 9: 36
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KW
DEPUTY

CAP HOLDINGS, INC. d/b/a Recovery
Management International,
                 Plaintiff,

-vs-                                              Case No. A-12-CA-234-SS

SYSTEMAX COMPUTERS, INC.;
TIGERDIRECT, INC.; and SYX
DISTRIBUTION, INC.,
                 Defendants.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#64] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

       IT IS ORDERED that the Stipulation of Dismissal [#64] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice;

       IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

       IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 4th day of December 2013.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE